

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

    v.

TRAVIS T. TAYLOR

Case No. 220mj412

Court Date: February 11, 2021

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation No. E1192276

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 21, 2020, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, TRAVIS T. TAYLOR, did knowingly drive a motor vehicle while his driver's license, learner's permit, or privilege to drive a motor vehicle was suspended or revoked.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

Respectfully submitted,
G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

RECEIVED

2020 DEC 18 P 1:53

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

17  December  2020
Date